**K. D. Horall Hardware Company, appellee, v. Van Camp Hardware & Iron Company, Inc., appellant.**
Action to recover overpayment of account. Judgment for plaintiff. Appeal from the Circuit Court of Richland county; the Hon. C. H. Miller, Judge, presiding. Heard in this court at the March term, 1925. Affirmed. Opinion filed August 5, 1925.
J. C. Ritter, for appellant. John Lynch, for appellee.
Mr. Justice Boggs delivered the opinion of the court.

---

**Louis Kalish, appellant, v. John Kovacic and Katie Kovacic, appellees.**
Bill to foreclose mortgage. Bill dismissed for want of equity. Appeal from the Circuit Court of St. Clair county; the Hon. George A. Crow, Judge, presiding. Heard in this court at the March term, 1925. Affirmed. Opinion filed August 5, 1925.
H. G. Baker, for appellant. M. V. Joyce, for appellees.
Mr. Justice Boggs delivered the opinion of the court.

---

**William Roche, defendant in error, v. Catherine Grossheim, plaintiff in error. H. Bruce Fleming et al., defendants in error.**
Suit to foreclose mortgage. Decree for complainant. Error to the City Court of East St. Louis; the Hon. Silas Cook, Judge, presiding. Heard in this court at the March term, 1925. Reversed and remanded. Opinion filed August 5, 1925.
Jas. G. McHale and E. R. McHale, for plaintiff in error. M. V. Joyce, for defendants in error.
Mr. Justice Boggs delivered the opinion of the court.

---

**Dorothy Schlueter, by her father and next friend Arthur Schlueter, plaintiff in error, v. Belleville Stove & Range Company, defendant in error.**
Action for personal injuries in collision with motor truck. Judgment for defendant. Error to the Circuit Court of St. Clair county; the Hon. George A. Crow, Judge, presiding. Heard in this court at the March term, 1925. Reversed and remanded. Opinion filed August 5, 1925.
P. K. Johnson and E. W. Kreitner, for plaintiff in error. Farmer & Klingel, for defendant in error.
Mr. Justice Boggs delivered the opinion of the court.

---

**E. V. Riney, appellee, v. Southern Railway Company, appellant.**
Action for personal injuries sustained in contact with timber projecting from moving train. Judgment for plaintiff. Appeal from the City Court of East St. Louis; the Hon. William F. Borders, Judge, presiding. Heard in this court at the March term, 1925. Reversed and remanded. Opinion filed August 5, 1925.
Kramer, Kramer & Campbell, for appellant. Beasley & Zulley, for appellee.
Mr. Justice Boggs delivered the opinion of the court.